IN THE SUPREME COURT OF THE STATE OF KANSAS

Bar Docket No. 10175

In the Matter of MARK GREGORY AYESH,
*Respondent.*

ORDER OF DISBARMENT

This court admitted Mark Gregory Ayesh to the practice of law in Kansas on April 20, 1979. The court has since twice suspended Ayesh's law license. The first time, the court suspended Ayesh's license for three years, which the court would stay after six months upon Ayesh's entry of a probation plan approved by the Disciplinary Administrator's office. *In re Ayesh*, 313 Kan. 441, 471, 485 P.3d 1155 (2021). The second time, the court indefinitely suspended Ayesh's law license upon Ayesh's admitted violations of the Kansas Rules of Professional Conduct (KRPC)—specifically KRPC 5.5(a) (2023 Kan. S. Ct. R. at 411) (unauthorized practice of law) and KRPC 8.4(c) (2023 Kan. S. Ct. R. at 433) (engaging in conduct involving dishonesty)—and Kansas Supreme Court Rule 231(b) (2023 Kan. S. Ct. R. at 292) (unauthorized practice of law). *In re Ayesh*, 317 Kan. 405, 412, 530 P.3d 731 (2023).

The Office of the Disciplinary Administrator has now moved the court to accept Ayesh's voluntary surrender of his Kansas law license under Supreme Court Rule 230(a), (b) (2025 Kan. S. Ct. R. at 283). Ayesh signed that surrender on May 6, 2025.

This court grants the ODA's motion, accepts Ayesh's voluntary surrender of his law license, disbars Ayesh under Rule 230(b), and revokes Ayesh's license and privilege to practice law in Kansas.

This court further orders the Office of Judicial Administration to strike the name of Mark Gregory Ayesh from the roll of attorneys licensed to practice law in Kansas effective the date of this order.

The court notes that under Rule 230(b)(1)(C), any Kansas disciplinary case pending against Ayesh terminates effective the date of this order. The Disciplinary Administrator may direct an investigator to complete any pending investigation to preserve evidence.

Finally, the court directs that this order be published in the Kansas Reports, that the costs herein be assessed to Ayesh under Supreme Court Rule 229 (2025 Kan. S. Ct. R. at 282), and that Ayesh comply with Supreme Court Rule 231 (2025 Kan. S. Ct. R. at 285).

Dated this 21st day of May 2025.